NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RANDY A. HART,                          )
                                        )
            Appellant,                  )
                                        )
v.                                      )          Case No. 2D18-3473
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____ )

Opinion filed March 6, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; William D. Sites,
Judge.

Randy A. Hart, pro se.


PER CURIAM.

            Affirmed.  See Hart v. State, 207 So. 3d 229 (Fla. 2d DCA 2016) (table

decision); Campbell v. State, 884 So. 2d 190 (Fla. 2d DCA 2004); Harris v. State, 777

So. 2d 994 (Fla. 2d DCA 2000).


SILBERMAN, VILLANTI, and ATKINSON, JJ., Concur.